# — LAW OFFICES —
# MARK J. CONWAY
## A PROFESSIONAL CORPORATION

502 S. BLAKELY STREET
DUNMORE, PA 18512
TELEPHONE: (570) 343-5350
FAX: (570) 343-5377
WWW.MJCONWAYLAW.COM

303 EAST SHORE DR.
LAKE ARIEL, PA 18436
(570) 343-5350

November 3, 2010

Terrence S. Miller
CLERK OF THE BANKRUPTCY COURT
274 Max Rosenn US Courthouse
197 South Main Avenue
Wilkes-Barre, PA 18701

RE: Donald J. and Louise A. Edwards
Case No. 5-08-51297

Dear Mr. Miller:

The following is the breakdown of check number 136, in the amount of $7,507.07 which will represent unclaimed dividends for the above referenced case:

Claim #7   Bon-Ton, PO Box 15524, Wilmington, DE 19850
           $13.00
Claim #9   Capital One, C/O GC Services, LP, 6330 Gulfton, Houston, TX 77081
           $3,125.00
Claim #10  Lowes, C/O GE Money Bank, PO Box 981064, El Paso, TX 79998-1064
           $4,001.28
Claim #16  Caremark, Inc., C/O NCO Financial, PO Box 13570, Philadelphia, PA 18101
           $50.00
Claim #7I  Bon-Ton, PO Box 15524, Wilmington, DE 19850
           $0.55
Claim #9I  Capital One, C/O GC Services, LP, 6330 Gulfton, Houston, TX 77081
           $133.18
Claim #10I Lowes, C/O GE Money Bank, PO Box 981064, El Paso, TX 79998-1064
           $170.53
Claim #12I Northeast Credit & Collections, NE Eye, 120 N. Keyser Ave, Scranton, PA 18504
           $11.40
Claim #16I Caremark, Inc., C/O NCO Financial, PO Box 13570, Philadelphia, PA 18101
           $2.13

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Angela M. Saar, Paralegal

Enclosure

FILED
WILKES-BARRE PA
2010 NOV -5 AM 11:01
CLERK
U.S. BANKRUPTCY COURT

Case 5:08-bk-51297-JJT   Doc 74   Filed 11/05/10   Entered 11/05/10 13:10:33   Desc